UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WEST COAST PRODUCTIONS, INC.,

    Plaintiff,

vs.                                       Case No.  3:12-cv-1311-J-34MCR

DOES 1-84,

    Defendant.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to take Discovery Prior to Rule 26(f) Conference (Doc. 2) filed December 3, 2012.  The Plaintiff in this case alleges that the eighty-four John Doe Defendants have infringed on Plaintiff's copyrights to a pornographic motion picture through the use of a peer-to-peer file sharing protocol, or "BitTorrent" protocol.  Due to the nature of such technology, Plaintiff is initially unable to identify the Defendants by anything other than the internet protocol ("IP") addresses for each Defendant.  Thus, Plaintiff seeks leave to take early discovery by way of Rule 45 subpoenas served on the internet service providers ("ISPs").

    Prior to allowing Plaintiff to engage in discovery, however, the Court thinks it prudent to address the issue of severance.  The Court is aware of several similar cases in this district in which Plaintiff's theory of joinder has been rejected.  See e.g. Malibu Media, LLC v. Does 1-28, No. 8:12-cv-1667-T-27MAP, Doc. 22 (M.D. Fla. Dec. 6, 2012); Bait Productions Pty Ltd. v. Does 1-73, No. 6:12-cv-1637-Orl-31DAB, Doc. 12

(M.D. Fla. Dec. 14, 2012).  In the Bait Productions case, the court addressed the issue of joinder prior to identification of the Doe Defendants.  The undersigned believes a similar procedure is appropriate in this case.  Therefore, the Court intends to address the issue of severance prior to allowing these cases to proceed.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Leave to take Discovery Prior to Rule 26(f) Conference (Doc. 2) is **DENIED without prejudice** pending a ruling on the issue of severance.

2. All discovery in this case is **STAYED**, including attempts to discover the identities of the Doe Defendants.

3. No later than **January 29, 2013**, Plaintiffs shall address in a brief limited to twenty (20) pages why the Defendants should not be severed.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  18th  day of December, 2012.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record